UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

       v.                                                           Case No. 18-CR-83

DANIEL KERSTEN,

        Defendant.

---

## PRELIMINARY ORDER OF FORFEITURE
---

       Upon consideration of the United States' motion for entry of a preliminary order of forfeiture under Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, Defendant Daniel Kersten's entry of a guilty plea to the Information, and the terms of Defendant Daniel Kersten's plea agreement,

       IT IS HEREBY ORDERED that the United States' motion for entry of a preliminary order of forfeiture be, and hereby is, GRANTED.

       IT IS FURTHER ORDERED that all right, title, and interest in the real property located at 1531 Whitetail Drive, Neenah, Wisconsin, be, and hereby is, preliminarily forfeited to the United States under 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2).

       IT IS FURTHER ORDERED that, under 21 U.S.C. § 853(n)(1), the United States shall publish notice of this order and of its intent to seize and sell the property according to law.

IT IS FURTHER ORDERED that the terms of this Order shall be recounted in the Defendant's Judgment and Commitment Order.

Dated at Green Bay, Wisconsin, this   30th   day of May, 2018.

                                                      s/ William C. Griesbach
                                                      WILLIAM C. GRIESBACH, Chief Judge
                                                      United States District Court - WIED